## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | RE: | Manuel Cruz RAMIREZ |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 5:24-cr-0019 PCP-09 |
| Date: | 8/26/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados, Supervisor                           (408) 535-5223

U.S. Pretrial Services Officer                                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

The following condition are **removed**:

1. **Defendant must continue to actively seek employment, or continue or start an education program approved by Pretrial Services;**
2. **Defendant must remain at his/her residence at all times except for activities approved by Pretrial Services.**

The following conditions are **added**:

1. **Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services; and**
2. **Defendant must observe a curfew and remain at his/her residence every day from 9:00 p.m. to 5:00 a.m., except as directed by Pretrial Services.**

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_[signature]_   _August 26, 2024_____
**JUDICIAL OFFICER**           **DATE**